ROBERT A. LYVERS, Appellant, *v.* JESSIE L. LYVERS, Respondent.

(Argued October 21, 1931; decided November 17, 1931.)

*William MacFarlane* for appellant.

*Halsey Sayles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.